# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: § § § § § CAROL SALEH DEBTOR | CASE NO. 14-27424 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Specialized Loan Servicing, LLC**
Name of Transferee

**Caliber Home Loans, Inc.**
Name of Transferor

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129**

Court Claim # (if known): 4-1
Amount of Claim: $561,031.87
Date Claim Filed: 09/30/2014

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx9084**

Phone:_____
Last Four Digits of Acct.#: 6031

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing, LLC
PO Box 636007
Littleton, Colorado 80163

Phone:
Last Four Digits of Acct #: **xxxxxx9084**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John J. Rafferty
Transferee/Transferee's Agent

Date: 03/29/2019

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before March 29, 2019 via electronic notice unless otherwise stated:

**Debtor**           *Via U.S. Mail*
Carol Saleh
6737 N Ramona Ave
Lincolnwood, IL 60712


**Debtors' Attorney**
Chad M. Hayward
The Law Offices of Chad M. Hayward, P.C.
50 S Main, Suite 200
Naperville, IL  60540

**Chapter 13 Trustee**
Marilyn O. Marshall
224 South Michigan Ste 800
Chicago, Illinois 60604

                                                  Respectfully Submitted,

                                                  /s/ John J. Rafferty
                                                  John J. Rafferty